UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LESLIE J. SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | 3:13-CV-0445-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CITIMORTGAGE, INC.; et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiff Leslie J. Shaw's ("Shaw") motion for partial summary judgment. Doc. #47.[1] Also before the court is defendant CitiMortgage, Inc.'s ("CitiMortgage") counter motion for partial summary judgment. Doc. #54.

After the filing of Shaw's motion for partial summary judgment, the court granted Shaw leave to filed an amended complaint. *See* Doc. #50. Shaw filed his first amended complaint on April 3, 2014. Doc. #52. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, both Shaw's motion for partial summary judgment and CitiMortgage's counter motion for partial summary judgment are now moot. Therefore, the court shall deny the present motions without prejudice.

///

---

[1] Refers to the court's docket entry number.

1  IT IS THEREFORE ORDERED that plaintiff's motion for partial summary judgment
2  (Doc. #47) is DENIED without prejudice.
3  IT IS FURTHER ORDERED that defendant's counter motion for partial summary
4  judgment (Doc. #54) is DENIED without prejudice.
5  IT IS SO ORDERED.
6  DATED this 1st day of July, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE