AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

LESLIE SHAW, ESQ.,

     Plaintiff,             JUDGMENT OF ATTORNEY'S FEES AND COSTS

V.

           CASE NUMBER: **3:13-cv-00445-LRH-VPC**

CITIMORTGAGE, INC., *et al.*,

     Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that attorney's fees are hereby awarded in favor of Northwest Trustee Services, Inc. and against plaintiff Leslie J. Shaw in the amount of seven thousand nine hundred eleven dollars and fifty cents ($7,911.50).

    **IT IS FURTHER ORDERED** that costs are hereby awarded in favor of Northwest Trustee Services, Inc. and against Leslie J. Shaw in the amount of two thousand three hundred and ninety-six dollars and fifty-six cents ($2,396.56).

    September 14, 2015                                **LANCE S. WILSON**
                                                              Clerk

                                                              /s/ J. Cotter
                                                              Deputy Clerk