UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LESLIE J. SHAW, | ) | CASE NO. 3:13-cv-445-LRH-VPC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CITIMORTGAGE, INC., NORTHWEST TRUSTEE SERVICES, INC., and DOES 1 through 10, inclusive, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

This case is currently scheduled for trial on the stacked calendar of May 3, 2016.

IT IS ORDERED that this case is referred to The Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

DATED this 27th day of October, 2015.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE