UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE SHAW, ESQ., ) | 3:13-cv-445-LRH-VPC |
| Plaintiff, ) | **MINUTES OF PROCEEDINGS** |
| vs. ) | April 28, 2016 |
| CITIMORTGAGE, INC., ) | |
| Defendant. ) | |

PRESENT: <u>THE HONORABLE ROBERT A. MCQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  Katie Lynn Ogden  </u>   REPORTER: <u>         FTR          </u>

COUNSEL FOR PLAINTIFF: <u>  John Ohlson (Present)                          </u>

COUNSEL FOR DEFENDANT: <u>  Andrew A. Bao (Present)                      </u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

9:01 a.m.  Court convenes.

The court holds today's conference to address Plaintiff's Motion for Order to Show Cause Re Contempt (ECF No. 175) and Plaintiff's Motion for Sanctions (ECF No. 176).

Counsel presents their respective arguments concerning the two motions.

The court recites findings and conclusions.

IT IS ORDERED Plaintiff's Motion for Order to Show Cause Re Contempt (ECF No. 175) is **GRANTED**.  IT IS FURTHER ORDERED the court awards sanctions in the amount of $25,000.  Defendant CITIMORTGAGE, INC., shall submit payment for the sanctions imposed to Plaintiff within ten (10) days.

IT IS FURTHER ORDERED Plaintiff's Motion for Sanctions (ECF No. 176) is **DENIED**.

9:23 a.m.  Court convenes.

LANCE S. WILSON, CLERK

By: <u>           /s/           </u>
Katie Lynn Ogden, Deputy Clerk

1