AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\***        DISTRICT OF   NEVADA

LESLIE SHAW, ESQ.,

    Plaintiff,       JUDGMENT IN A CIVIL CASE

v.

           CASE NUMBER:  **3:13-cv-00445-LRH-VPC**

CITIMORTGAGE INC., et al.,

    Defendant(s).

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**  X  ** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Leslie Shaw and against Defendant CitiMortgage, Inc. on Shaw's claim for declaratory relief and breach of contract in accordance with the Court's ECF No. 209 Order.

August17, 2016                                                                                      **LANCE S. WILSON**
                                                                                                         Clerk

                                                                                                         /s/ K. Rusin
                                                                                                         Deputy Clerk