AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF  NEVADA

LESLIE SHAW, ESQ.,

    Plaintiff,

v.

CITIMORTGAGE INC., et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:13-cv-00445-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in the amount of $239,850.00 in favor of Plaintiff Leslie Shaw and against Defendant CitiMortgage, Inc. on Plaintiff's claim for breach of the implied covenants of good faith and fair dealing.

August 17, 2016

**LANCE S. WILSON**
Clerk

 /s/ K. Rusin
Deputy Clerk