AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

LESLIE SHAW, ESQ.,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER:  **3:13-cv-00445-LRH-VPC**

CITIMORTGAGE INC., et al.,

    Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in the amount of $6,000.00 in favor of Plaintiff Leslie Shaw and against Defendant CitiMortgage, Inc. on Plaintiff's claims for violation of the Real Estate Settlement Procedures Act.

August 17, 2016                                                                             **LANCE S. WILSON**
                                                                                                               Clerk

                                                                                                               /s/ K. Rusin
                                                                                                               Deputy Clerk