AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*         DISTRICT OF     NEVADA

LESLIE SHAW, ESQ.,

      Plaintiff,       JUDGMENT IN A CIVIL CASE

  v.

                              CASE NUMBER:  **3:13-cv-00445-LRH-VPC**

CITIMORTGAGE INC., et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in the amount of $719,550.00 in favor of Plaintiff Leslie Shaw and against Defendant CitiMortgage, Inc. for punitive damages.

August 17, 2016                                                         **LANCE S. WILSON**
                                                                         Clerk

                                                                        /s/ K. Rusin
                                                                        Deputy Clerk