# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE J. SHAW,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIMORTGAGE, INC., *et al.*<br><br>  Defendants. | Case No. 3:13-cv-00445-LRH-VPC<br><br>ORDER<br>**APPROVING SUPERSEDEAS BOND AND STAYING ENFORCEMENT OF JUDGMENTS PENDING APPEAL PURSUANT TO RULE 62(D)** |

Based upon Defendant CitiMortgage, Inc.'s Unopposed Motion for Approval of Supersedeas Bond and Stay Upon Appeal under Rule 62(d), and good cause appearing;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Bond is hereby APPROVED.

It is FURTHER ORDERED that the parties' obligations set forth in the Court's August 17, 2016 Order (Docket Doc No. 209), including, but not limited to, plaintiff's obligations to make monthly payments to defendant under his loan and deed of trust (and any modification thereto) and defendant's obligations to

satisfy any court judgments issued in this action against it, are hereby stayed pending appeal before the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.

    IT IS FURTHER ORDERED that, during the pendency of any appeal in this matter, the stipulated foreclosure stay for plaintiff's property entered on July 31, 2013 shall remain in place as shall the Court's prior Order regarding maintenance of plaintiff's property contained in Docket No. 104 (modifying Docket No. 85).

Dated: September 6, 2016

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE