AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*              DISTRICT OF   NEVADA

LESLIE SHAW, ESQ.,

      Plaintiff,

v.

CITIMORTGAGE INC., et al.,

      Defendant(s).

Amended
JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:13-cv-00445-LRH-VPC

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Leslie Shaw and against defendant CitiMortgage, Inc. on Shaw's claim for declaratory relief and breach of contract in accordance with the Court's order (ECF No. 249).

    **IT IS FURTHER ORDERED** that Judgment is entered in the AMENDED amount of $253,300.00 in favor of plaintiff Leslie Shaw and against defendant CitiMortgage, Inc. on plaintiff's claim for breach of the implied covenants of good faith and fair dealing.

    **IT IS FURTHER ORDERED** that Judgment is entered in the amount of $6,000.00 in favor of plaintiff Leslie Shaw and against defendant CitiMortgage, Inc. on plaintiff's claims for violation of the Real Estate Settlement Procedures Act.

    **IT IS FURTHER ORDERED** that Judgment is entered in favor of defendant CitiMortgage, Inc. and against plaintiff Leslie Shaw on plaintiff's claim for intentional interference with prospective economic advantage.

**IT IS FURTHER ORDERED** that Judgment is entered in the AMENDED amount of $759,900.00 in favor of plaintiff Leslie Shaw and against defendant CitiMortgage, Inc. for punitive damages.

**IT IS FURTHER ORDERED** that Judgment is entered in the amount of $33,761.00 in favor of plaintiff Leslie Shaw and against defendant CitiMortgage, Inc. for prejudgment interest on Shaw's state law claim for breach of the implied covenants of good faith and fair dealing.

November 1, 2016                                                    **LANCE S. WILSON**
                                                                                        Clerk


                                                                                         /s/ K. Rusin
                                                                                        Deputy Clerk